In the Matter of Awarding Letters of Administration upon the Estate of

FRANK OLZYNSKI, Deceased.— Appeal dismissed, without costs, upon stipulation filed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.